LAW OFFICES

# David Wikstrom

250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

February 20, 2026

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007



      Re:  <u>United States v. John Bucci</u>
          21 CR 752 (RMB)

Dear Judge Berman:

By this letter motion, I respectfully seek the return of the Defendant's passport, which was surrendered to Pretrial Services as a condition of the defendant's release on bail on Dec. 13, 2021. The passport remains in Pretrial's possession, although the case concluded with the imposition of sentence on September 16, 2025. Pretrial Services' policy requires an order of the Court to release the passport. Accordingly, I respectfully request that the Court issue an order directing Pretrial Services to release Mr. Bucci's passport, and allowing him to pick them up from Pretrial Services. Assistant United States Attorney Ryan Allison consents to the request.

Accordingly, I request that the Court order that Mr. Bucci's passport be returned to him.

Respectfully,

David Wikstrom

> The Court orders that
> Mr. Bucci's [his] passport
> be returned to him.

SO ORDERED
Date: _26_  _Richard M. Berman_
Richard M. Berman, U.S.D.J.